IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No.: 2:25-mj-68 |
| vs. | ) | |
| | ) | **MOTION TO SEAL** |
| **JAMES BENJAMIN GOSNELL, JR.** | ) | |

NOW COMES the United States of America, by and through its undersigned attorneys, and hereby moves this Court to seal the affidavit of Homeland Security Investigations Special Agent Kyle Tallio, submitted in support of an application for a criminal complaint in the above-captioned case. Special Agent Tallio's affidavit contains personal identifying information associated with the Defendant. The United States' request is made pursuant to the Standing Order Regarding Sealing Documents Filed in Criminal Matters, filed October 28, 2014, in 3:14-mc-00333-TLW [ECF#1].

The Court has the inherent authority to seal these documents. *See Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988); and *In re Application of the United States for an Order Pursuant to 18 U.S.C. Section 2703(D)*, 707 F. 3d 283 (4th Cir. 2013). The purpose of the Government's request is to protect the privacy interests of the Defendant. The United States will provide a redacted copy of the affidavit that removes all personal identifying information that can be filed on the public docket. The United States respectfully submits that the Defendant's privacy interests trump the public's limited interest in access to that personal identifying information. Moreover, the public will have access to all substantive information in the affidavit. The United States therefore requests that the Court direct that the forthcoming document be sealed pursuant to the Standing Order until further order of the Court, and that in its place a redacted version of the affidavit be filed on the public docket.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *s/ Emily Limehouse*
    Emily Evans Limehouse (Fed. ID #12300)
    Whit Sowards (Fed. ID # 11844)
    Assistant United States Attorneys
    151 Meeting Street, Suite 200
    Charleston, SC 29401
    Tel.: (843) 727-4381
    Fax: (843) 727-4443

September 16, 2025